**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **JANITA RANDLE** | **CASE NO. 6:17-CV-00852** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is AFFIRMED in its entirety, and this matter is hereby DISMISSED WITH PREJUDICE.

SIGNED in Monroe, Louisiana, the 14th day of September, 2018.


_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE